**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00299-CV

**HERITAGE NUMISMATIC AUCTIONS, INC. D/B/A HERITAGE AUCTIONS,**
**Appellant**

**V.**

**HUGH STIEL, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09220**

## ORDER

We **GRANT** appellee's July 13, 2016 unopposed motion to extend time to file his brief

and **ORDER** appellee's brief due no later than August 16, 2016.

/s/    CRAIG STODDART
        JUSTICE